IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

KENNETH W. BLAIR III,

                Defendant.

**4:21CR3155**

**ORDER**

IT IS ORDERED:

1)    The motion of Toni Wilson withdraw as counsel of record for Defendant, (Filing No. 27), is granted.

2)    Defendant's newly retained counsel, Oluseyi Olowolafe, shall promptly notify Defendant of the entry of this order.

3)    The clerk shall delete Toni Wilson from any future ECF notifications herein.

Dated this 29th day of December, 2021.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge