IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH W. BLAIR, III,<br><br>        Defendant. | 4:21CR3155<br><br>**ORDER** |

The government has moved to continue it deadline for responding to the defendant's pending motions, because the government needs additional time to prepare a response. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion to continue, (Filing No. 36), is granted.

2) The government's response to Defendant's motion in limine (Filing No. 31), motion to compel (Filing N0. 32) and motion to suppress (Filing No. 34) shall be filed on or before February 15, 2022.

3) The trial of this case is continued pending resolution of Defendant's motions.

February 1, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge