IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiffs,<br><br>vs.<br><br>KENNETH W. BLAIR, III<br><br>                Defendant. | Case No. 4:21CR3155<br><br>ORDER |

     Before the Court is the request for transcript of hearings held on December 16 and 17, 2021 regarding the initial appearance on indictment[16] and the review of detention hearing[23].

     IT IS ORDERED:

1. The request for transcript, filing [93] is granted.

2. Kenneth W. Blair, III, is ordered to pay to the Clerk the amount of $186.15 ($73.00 for initial appearance and $113.15 for review of detention hearing). Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $186.15, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearings held on December 16, 2021 and December 17, 2021. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: October 28, 2022

                                                             BY THE COURT:

                                                             s/ Cheryl R. Zwart
                                                             United States Magistrate Judge