IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH W. BLAIR, III,<br><br>　　　　　　Defendant. | 4:21-CR-3155<br><br>FINAL ORDER OF FORFEITURE |

　　　　This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 96). On September 2, 2022, the Court entered a Preliminary Order of Forfeiture (filing 90) pursuant to 21 U.S.C. § 853, based upon the defendant's convictions of possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine and distribution of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1). By way of the preliminary order of forfeiture, the defendant's interest in $18,100.00 in United States currency was forfeited to the United States. Filing 90.

　　　　As directed by the order, a Notice of Criminal Forfeiture was posted beginning on September 8, 2022, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 95) was filed on November 10, 2022. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 96) is granted.

2. All right, title, and interest in and to the $18,100.00 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 1st day of December, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge